OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015

5/20/2015

**WILLIAMS, DARRELL ANTHONY** Tr. Ct. No. 13-CR-2883-E    WR-56,699-06

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RETURN TO SENDER
___ Recipient no longer here
___ Invalid Sid #
___ Contents not authorized
___ Correspondence not allowed

Abel Acosta, Clerk

DARRELL ANTHONY WILLIAMS
NUECES COUNTY JAIL SID #10171638   U TF
P.O BOX 1529
CORPUS CHRISTI, TX  78403

N3B 78403